**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-00485-WJM-MEH

SHERLYN KISTLER,

    Plaintiff(s),

v.

UNIVERSITY OF COLORADO HOSPITAL AUTHORITY,

    Defendant(s).

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

---

    This matter comes before the Court on the Defendant's Stipulated Motion to Dismiss filed October 20, 2011 (ECF No. 34). The Court having reviewed the motion and being fully advised hereby ORDERS as follows:

    The Stipulated Motion is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall bear her or its own attorney fees and costs.

    Dated this 21st day of October, 2011.

                                        BY THE COURT:

                                        William J. Martínez
                                        United States District Judge